UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIRANDA M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00333-MPB-MKK |
| | ) |
| MARTIN J. O'MALLEY Commissioner of the Social Security Administration,[1] | ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 27, 2024, the Magistrate Judge submitted her Report and Recommendation (Docket No. 18) recommending that the Commissioner's decision denying Plaintiff's application for benefits be affirmed. The parties were given fourteen days to object to the Magistrate's recommendation, but no objections were filed. 28 U.S.C. § 636(b)(1). The Report and Recommendation (Docket No. 18) has been considered by this Court and is hereby **ADOPTED**. Final judgment shall issue by separate order.

**IT IS SO ORDERED.**

Dated: December 18, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.

---

[1] Carolyn W. Colvin replaced Martin O'Malley as the Acting Commissioner of Social Security on November 30, 2024.